UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PETER ANTHONY GRANDPRE, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-1543** |
| **CORRECT HEALTH, CINDI LACHNEY, K. HARRIS, DANA McCLONDON, TONI, JAMES** | **SECTION "F"(4)** |

## ORDER AND REASONS

Before the Court is the **Motion for the Appointment of Counsel (Rec. Doc. No. 21)**, filed by the plaintiff Peter Anthony Grandpre, Jr., in which he seeks the assistance of counsel in connection with his 42 U.S.C. § 1983 complaint. In light of the findings made by the undersigned Magistrate Judge in the Report and Recommendation (Rec. Doc. No. 22) separately issued pursuant to the statutory review for frivolousness under 28 U.S.C. § 1915(e), § 1915A, and 42 U.S.C. § 1997e, the motion has been rendered moot. Furthermore, in light of the frivolous nature of the underlying claims, Grandpre is unable to prove the type of extraordinary circumstance that would warrant appointment of counsel in this case. *See Norton v. E.U. Dimazana*, 122 F.3d 286, 293 (5th Cir. 1997); *Parker v. Carpenter*, 978 F.2d 190, 193 (5th Cir. 1992). Accordingly,

**IT IS ORDERED** that Grandpre's **Motion for the Appointment of Counsel (Rec. Doc. No. 21)** is **DENIED**.

New Orleans, Louisiana this  29th  day of August, 2016.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**