UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PETER ANTHONY GRANDPRE, JR. | CIVIL ACTION |
| VERSUS | NO. 16-1543 |
| CORRECT HEALTH, ET AL | SECTION "F"(4) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the 42 U.S.C. § 1983 claims filed by the plaintiff, Peter Anthony Grandpre, Jr., against the defendants CorrectHealth Jefferson, LLC, Cindi Lachney, Kelly Harris, Dana McLondon, LRN Toni, and LRN James are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915, § 1915A, and 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that the **Motion to Dismiss (Rec. Doc. No. 6)** filed by defendant CorrectHealth Jefferson, LLC, the **Motion to Dismiss (Rec. Doc. No. 9)**, filed by defendants LRN James, LRN Toni, and Dana McLondon, and the **Motion to Dismiss (Rec. Doc. No. 10)** filed by defendant Kelly Harris are **DISMISSED as moot**.

New Orleans, Louisiana, this 19th day of _____September_____, 2016.

_____
UNITED STATES DISTRICT JUDGE